

| JAMES C. DUFF<br>Director | ADMINISTRATIVE OFFICE OF THE<br>UNITED STATES COURTS | MARY LOUISE MITTERHOFF<br>Associate Director<br>Department of Program Services |
|---|---|---|
| LEE ANN BENNETT<br>Deputy Director | WASHINGTON, D.C. 20544 | WILLIAM T. BARTO<br>Chief<br>Judicial Services Office |

January 29, 2020

Mr. Robert N. Trgovich
Clerk, United States District Court for the Northern District of Indiana
U.S. Courthouse
5400 Federal Plaza, Ste 2300
Hammond, IN 46320

Mr. David J. Weaver
Clerk, United States District Court for the Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard, Room 539
Detroit, MI 48226

Dear Mr. Trgovich and Mr. Weaver:

      Enclosed is the Chief Justice's designation of the Honorable Robert L. Miller, Jr. of the United States District Court for the Northern District of Indiana to perform judicial duties in the United States District Court for the Eastern District of Michigan in Case No. 19-13000, Kevin Theriot v. U.S. District Court Judges of Michigan and U.S. Court of Appeals Judges of the 6th Circuit. Pursuant to 28 U.S.C. § 295, please file and enter this assignment on the minutes of your respective courts.

      Please feel free to contact me at (202) 502-1177 if you have any questions or concerns.

Sincerely,

Anne McKenna
Senior Attorney
Judicial Programs

Enclosures:  (Clerk of Lending Court, Mr. Trgovich - Original Designation)
                (Clerk of Borrowing Court, Mr. Weaver - Certified Copy of Designation)

cc:   Honorable Robert L. Miller, Jr.
       Mr. Collins Fitzpatrick
       Mr. Marc A Theriault

## DESIGNATION AND ASSIGNMENT
## OF A SENIOR UNITED STATES JUDGE
## FOR SERVICE IN ANOTHER CIRCUIT

The Chief Judge of the United States Court of Appeals for the Sixth Circuit has certified that there is a necessity for the designation and assignment of a judge from another circuit or another court to perform judicial duties in the United States District Court for the Eastern District of Michigan in 19-13000 Kevin Theriot v. U.S. District Court Judges of Michigan and U.S. Court of Appeals Judges of the 6th Circuit. The

### HONORABLE ROBERT L. MILLER, JR.

a Senior Judge of the United States District Court for the Northern District of Indiana has consented to such designation and assignment.

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, section 294(d), I do hereby designate and assign the Honorable Robert L. Miller, Jr., to perform judicial duties in the United States District Court for the Eastern District of Michigan for the period or purpose stated and for such time as needed in advance to prepare and to issue necessary orders, or thereafter as required to complete unfinished business.

*[signature]*

CHIEF JUSTICE OF THE UNITED STATES

Washington, D.C. 1/24/20